# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WILLIAM MOORE and LARSON CEMENT STONE CO.,** <br><br>            Plaintiffs, <br><br>    vs. <br><br> **BESSER COMPANY,** <br><br>            Defendant. | **8:15CV298** <br><br> **ORDER** |

The records of the court show that on August 11, 2015, counsel for the plaintiff Larson Cement Stone Co. was notified of his client's failure to comply with Fed. R. Civ. P. 7.1, which requires non-governmental corporate parties to file Corporate Disclosure Statements. **See** Text Entry Filing No. 4. The plaintiff was given fifteen days to file the required statement. As of the close of business on October 15, 2015, the plaintiff has not complied with the request set forth in the notice from the Office of the Clerk.

**IT IS ORDERED:**

**On or before October 29, 2015**, the plaintiff Larson Cement Stone Co. shall comply with Fed. R. Civ. P. 7.1 or show cause by written affidavit why such plaintiff cannot comply with the rules of the court.

Dated this 16th day of October, 2015.

BY THE COURT:

 s/ Thomas D. Thalken
 United States Magistrate Judge