**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **WILLIAM MOORE and**<br>**LARSON CEMENT STONE CO.,**<br>　　　　**Plaintiffs,**<br><br>　　vs.<br><br>**BESSER COMPANY,**<br>　　　　**Defendant.** | 8:15CV298<br><br>ORDER |

The records of the court show that on April 1, 2016, the Office of the Clerk of Court sent a letter (Filing No. 41) to:

> Donna S. Colley
> PALAGI LAW OFFICE
> 3131 South 72nd Street
> Omaha, NE 68124

The letter directed the attorney to pay the 2015/2016 biennial attorney assessment fee, as required by NEGenR 1.7(h) within fifteen days. As of the close of business on April 22, 2015, said attorney has not complied with the request set forth in the letter from the Office of the Clerk. Accordingly,

**IT IS ORDERED** that, **on or before June 16, 2016**, attorney Donna S. Colley shall register or show cause by written affidavit why she cannot comply with the rules of the court. Failure to comply with this order will result in Ms. Colley being removed as counsel of record for the plaintiff.

Dated this 1st day of June, 2016.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge